Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Debra Ann Kaiser
1425 Maple Street
Western Springs, IL 60558
SSN: xxx–xx–9092  EIN: N.A.

Case No. : 15–14698
Chapter : 13
Judge : Deborah L. Thorne

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: July 1, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                           Case No. 15-14698-DLT
Debra Ann Kaiser                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers            Page 1 of 1         Date Rcvd: Jul 01, 2019
                              Form ID: defdso13       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db             +Debra Ann Kaiser,    1425 Maple Street,    Western Springs, IL 60558-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Joel P Fonferko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC. ND-One@il.cslegal.com
              Marilyn O Marshall    courtdocs@chi13.com
              Nathan C Volheim    on behalf of Debtor 1 Debra Ann Kaiser nvolheim@sulaimanlaw.com,
               sulaiman.igotnotices@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaima
               nlaw.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2005-1, Asset-Backed
               Certificates, Series 2005-1 ND-Four@il.cslegal.com
                                                                                             TOTAL: 5
```